UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN RYAN TERVEER,<br><br>Plaintiff,<br><br>v.<br><br>GENA JONES, et al.,<br><br>Defendants. | No. 2:23-cv-03048-DAD-SCR (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 11) |

Plaintiff Justin Ryan TerVeer is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 13, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute, failure to comply with court orders, and failure to state a claim. (Doc. No. 11.) Specifically, the magistrate judge noted that on October 4, 2024, the court screened plaintiff's complaint and dismissed it for failure to state a claim upon which relief may be granted and also granted plaintiff sixty days in which to file an amended complaint to attempt to cure the noted pleading deficiencies. (*Id.* at 1; Doc. No. 8.) Plaintiff was warned that his

/////

1

1  failure to do so may result in a recommendation that this action be dismissed. (Doc. No. 8 at 2.)
2  Plaintiff did not respond to the court's order or file an amended complaint.
3       The pending findings and recommendations were served on plaintiff and contained notice
4  that any objections thereto were to be filed within twenty-one (21) days after service. (Doc.
5  No. 11 at 1–2.) To date, no objections have been filed, and the time in which to do so has passed.
6       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a
7  *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
8  pending findings and recommendations are supported by the record and proper analysis.
9       Accordingly,
10      1.   The findings and recommendations issued on December 13, 2024 (Doc. No. 11)
11         are ADOPTED in full;
12      2.   This action is DISMISSED without prejudice due to plaintiff's failure to
13         prosecute, failure to comply with a court order, and failure to state a claim; and
14      3.   The Clerk of the Court is directed to CLOSE this case.
15
16       IT IS SO ORDERED.
17  Dated: **May 19, 2025**      *Dale A. Drozd*
18                                            DALE A. DROZD
                                            UNITED STATES DISTRICT JUDGE